MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 "L" Street
Bakersfield, CA 93301
Tel: (661)616-2141
Fax: (661)322-7675
Email: monica@lawbermudez.com

Attorney for:
Daniel Alvarado

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>DANIEL ALVARADO<br><br>        Defendant | Case No.: 1:24-CR-00055-JLT-SKO-31<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, DANIEL ALVARADO, hereby waives his/her appearance in person in open court upon the STATUS CONFERENCE set for JANUARY 15, 2025 at 1:00 p.m. in Courtroom 7 of the above entitle court.  Defendant hereby requests the court to proceed in his/her absence and agrees that his/her interest will be deemed represented at said hearing by the presence of his/her attorney, MONICA L. BERMUDEZ.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date:   January 8, 2025                                  */s/Daniel Alvarado*
                                                                          DANIEL ALVARADO


Date: January 8, 2025                                    */s/Monica L. Bermudez*
                                                                          MONICA L. BERMUDEZ
                                                                          Attorney for Defendant

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that defendant, DANIEL ALVARADO is hereby excused from appearing at the hearing scheduled for January 15, 2025.

DATED: 1/10/2025

_Sheila K. Oberto_
JUDGE SHEILA K. OBERTO