LAW OFFICE OF MONICA L. BERMUDEZ
Monica L. Bermudez, SBN 275434
1340 L. Street
Bakersfield, CA 93301
Tel: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for:
DANIEL ALVARADO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ALVARADO<br><br>Defendants. | Case No. 1:24-CR00055-31 JLT-SKO<br><br>STIPULATION AND ORDER TO MODIFY DANIEL ALVARADO'S CONDITIONS OF RELEASE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY, EASTERN DISTRICT OF CALIFORNIA:

**COMES NOW** Defendant, DANIEL ALVARADO, by and through his attorney of record, MONICA L. BERMUDEZ, and at the request of Pretrial Services, hereby moves that the court modify Mr. Alvarado's condition of release.

On August 8, 2024, Mr. Alvarado was released from custody subject to an order setting condition of release. Condition 7(l) read as follows: "The defendant must participate in the following Location Monitoring program component and abide by all the requirements of the program which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to our person. You must comply with all instructions

1

of the use and operation of said devise as given to you by the pretrial services Agency and employees of the monitoring company. You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services officer: **Home detention**. You must remain inside your residence at all times except for employment education, religious services; medical; substance abuse, or medical treatment; attorney visits; court appearances; court-ordered obligations; or other essential activities pre-approved by pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be complete by another person on your behalf." On January 15, 2025, the home detention was modified to a curfew. Counsel is requesting the Location Monitoring Program be ordered <u>terminated</u>.

In addition to the location Monitoring Program, Mr. Alvarado was ordered to post a full property bond, no less than $250,000.00, to be posted by Delia Alvarado who was also designated as his third-party custodian; and a cash bond of $10,000.00, to be paid by Justin Alvarado. Counsel has spoken to Delia Alvarado and Justin Alvarado; they have no objection to the termination of the location monitor and will remain in contact with Mr. Alvarado. Moreover, Delia Alvarado and Justin Alvarado have also agreed to sign a new Appearance and Compliance Bond.

Mr. Alvarado has been on the Location Monitoring Program from approximately 9 months. He has made all court appearances and complied with all the conditions of release. Mr. Alvarado has remained free of any violations and maintained contact with his pretrial services officer. He is gainfully employed and has maintained a stable residence.

AUSA Antonio Pataca and US Pretrial Services Officer Frank Guerrero have no objection to the termination of the Location Monitoring Program.

**IT IS SO STIPULATED**

|  |  |
|---|---|
|  | Respectfully Submitted, |
| DATED: April 24, 2025 | /s/ *Monica L. Bermudez* <br> MONICA L. BERMUDEZ <br> Attorney for Defendant <br> Daniel Alvarado |
| DATED: April 24, 2025 | /s/*Antonio Pataca.* <br> ANTONIO PATACA <br> Assistant United States Attorney |

## **ORDER**

IT IS SO ORDERED that Daniel Alvarado be removed from the Location Monitoring Program and continue to abide by all remaining conditions of release and a new Appearance and Compliance Bond be signed by Delia Alvarado and Justin Alvarado.

IT IS SO ORDERED.

Dated: **April 24, 2025**

STANLEY A. BOONE
United States Magistrate Judge

3