MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
DANIEL ALVARADO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-cr-00055 JLT-SKO |
| Plaintiff, | WAIVER OF DEFENDANT'S APPEARANCE |
| v. | |
| DANIEL ALVARADO | |
| Defendants. | |

    Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, Daniel Alvarado, hereby waives the right to be present in person or in open court upon the hearing of any motion or other proceedings in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action taken taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby request the Court to proceed during every absence of him which the Court may permit pursuant to this waiver; agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.

Waiver of Defendant's Appearance    1

Defendant further acknowledges that he has been informed of his rights Title 18 U.S.C. §§3161-3174 (Speedy Trial Act) and authorizes his attorney to set times and delays under that Act without defendant being present.

Date: May 5, 2025

*/s/ Daniel Alvarado*
Daniel Alvarado

Dated: May 5, 2025

*/s/ Monica Bermudez*

MONICA L. BERMUDEZ
Counsel for Defendant
Daniel Alvarado

# O R D E R

**IT IS SO ORDERED** that the defendant's appearance is waived pursuant to Rule 43 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated:   **May 5, 2025**           */s/ Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

Waiver of Defendant's Appearance                2