1  MONICA L. BERMUDEZ
   Attorney at Law, SBN 275434
2  1304 "L" Street
   Bakersfield, CA 93301
3  Telephone: (661) 616-2141
   Email: monica@lawbermudez.com
4

5  Attorney for the Defendant
   Daniel Alvarado
6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA, | Case No.: 1:24-CR-00055-JLT-SKO-31
12 |                 Plaintiff,  | STIPULATION TO CONTINUE
                                   CHANGE OF PLEA; ORDER
13 | v.                          |
                                   DATE: January 12, 2026
14 | DANIEL ALVARADO,            | TIME: 9:00 a.m.
                                   Honorable Judge Thurston
15 |                 Defendants. |

16

17

18                              **STIPULATION**

19    Daniel Alvarado, by and through his counsel, Monica L. Bermudez, and The United States of

20 America, by and through its counsel of record, hereby stipulates as follows:

21   1. By previous order, this matter was set for change of plea on January 12, 2026, at 9:00 a.m.

22      before the Honorable Judge Thurston.

23
     *2.* Counsel for Mr. Alvarado commenced jury trial in the Kern County Superior Court on
24
        December 3, 2025 in the matter of *People v. Jahquan Davenport, et al; BF191453B &*
25
        *BF192518A.*
26

27   3. This is a muti-defendant homicide trial and is expected to last until February 20, 2026.

28
                                          1

4. Counsel has spoken to AUSA Antonio Pataca and he has no objection to the requested continuance.

5. By this stipulation, defendant now moves to continue the change of plea hearing until **March 16, 2026 at 9:00 a.m.** before the Honorable Jennifer L. Thurston, and to exclude time between the date of this stipulation and **March 16, 2026 at 9:00 a.m.** under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

**IT IS SO STIPULATED.**

DATED: January 6, 2026

                                */s/ Monica L. Bermudez*
                                MONICA L. BERMUDEZ
                                Counsel for Defendant
                                Daniel Alvarado

DATED: January 6, 2026

                                */s/ANTONIO PATACA*
                                ANTONIO PATACA
                                Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED** that the sentencing set on January 12, 2026, be continued to March 16, 2026 at 9:00 a.m. and that the time between the date of this order and March 16, 2026 be excluded under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

IT IS SO ORDERED.

Dated:   **January 7, 2026**

UNITED STATES DISTRICT JUDGE

3