ERIC GRANT
United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>DAVID ALVARADO,<br><br>                    Defendant. | CASE NO. 1:24-CR-00055-JLT-SKO<br><br>STIPULATION VACATING TRIAL DATE |

**STIPULATION**

1.      By previous order, this matter was set for trial on February 3, 2026.

2.      By this stipulation, defendant now moves to vacate the trial date as to him only. A change of plea hearing has already been scheduled for March 16, 2026.

IT IS SO STIPULATED.


Dated: January 8, 2026                                  ERIC GRANT
                                                                     United States Attorney

                                                                     /s/ ANTONIO J. PATACA
                                                                     ANTONIO J. PATACA
                                                                     Assistant United States Attorney

Dated: January 8, 2026

/s/ MONICA BERMUDEZ
MONICA BERMUDEZ
Counsel for Defendant
DANIEL ALVARADO

**ORDER**

IT IS SO ORDERED.

Dated:   **January 8, 2026**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE

2