MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
Daniel Alvarado

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIEL ALVARADO,<br>Defendants. | CASE NO. 1:24-CR-00055-JLT-SKO-31<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING<br><br>DATE: September 14, 2026<br>TIME: 9:00 a.m. |

**STIPULATION**

Daniel Alvarado, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. Sentencing is currently set for September 14, 2026.
2. Counsel has been unable to review the final Presentence Investigation Report with Mr. Alvarado because she has been preparing a reply to an extraordinary writ, which is due September 16, 2026.
3. Counsel requires additional time to review the final Presentence Investigation Report with Mr. Alvarado and gather mitigating documentation in preparation for sentencing.
4. A continuance is respectfully requested to allow counsel to prepare and file a sentencing memorandum on Mr. Alvarado's behalf.
5. Counsel has informed AUSA Antonio Pataca, who does not object to the requested continuance.

6. Counsel will be out of the country and unavailable from September 16 through September 30, 2026.

**IT IS SO STIPULATED.**

DATED: September 8, 2026

*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Counsel for Defendant
Daniel Alvarado

DATED: September 8, 2026

/s/ Antonio J. Pataca
Antonio J. Pataca
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED** that the sentencing set on September 14, 2026, be vacated and reset to **October 26, 2026**.

IT IS SO ORDERED.

Dated: September 9, 2026

UNITED STATES DISTRICT JUDGE