MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
Daniel Alvarado

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL ALVARADO,

Defendants.

CASE NO. 1:24-CR-00055-JLT-SKO-31

STIPULATION AND ORDER TO CONTINUE SENTENCING

DATE: December 14, 2026
TIME: 9:00 a.m.

**STIPULATION**

Daniel Alvarado, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. This matter is set for sentencing on October 26, 2026.
2. Counsel is starting a jury trial on October 26, 2026, in *People v. Gustavo Montoya BF196287B* in Kern County Superior Court, which is anticipated to last five weeks.
3. Counsel has informed AUSA Antonio Pataca and he has not objection to the continuance.

**IT IS SO STIPULATED.**

DATED: October 19, 2026

*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Counsel for Defendant
Daniel Alvarado

DATED: October 19, 2026

*/s/ Antonio J. Pataca*
Antonio J. Pataca
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED** that the sentencing set on October 26, 2026, be vacated and reset to December 14, 2026.

IT IS SO ORDERED.

Dated: October 19, 2026

UNITED STATES DISTRICT JUDGE